# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **1505 Lehigh LLC**                                             Case No.
                                 Debtor(s)                             Chapter  **11**

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Weston Zelenz**, declare under penalty of perjury that I am the **Agent** of **1505 Lehigh LLC**, and that attachred is a true and correct copy of the authority granted by the sole member of said limited liability company at a special meeting duly called and held on the **5th** day of July, 20**23**.


Date  **July 6, 2023**                          Signed  **/s/ Weston Zelenz**
                                                        **Weston Zelenz**

The undersigned, being the sole member of 1505 LEHIGH LLC, a Pennsylvania limited liability company, does hereby:

1. Confirm the authority granted to WESTON ZELENZ, an adult individual, of the Commonwealth of Pennsylvania, to provide management services, individually or through affiliated entities; and
2. Confirm the authority granted to WESTON ZELENZ to withdraw funds from the bank account of 1505 Lehigh LLC to be used for the benefit of 1505 Lehigh LLC
3. Confirm the authority granted to WESTON ZELENZ to use funds now or hereafter obtained by or for 1505 Lehigh LLC for the benefit of 1505 Lehigh LLC.
4. Grant authority to WESTON ZELENZ to withdraw funds from the bank account of 1505 Lehigh LLC to be used for the benefit of 1505 Lehigh LLC
5. Confirm the authority of WESTON ZELENZ to negotiate with SANTANDER BANK and others acting for it or on its behalf to settle the pending foreclosure action and seek stay or postponement or termination of the Sheriff Sale pending for the property at 1505 Lehigh Street, Easton, PA;
6. Grant to WESTON ZELENZ the authority to engage attorneys and advisors for 1505 Lehigh LLC and to make motions, petitions and other pleadings and to otherwise seek relief for 1505 Lehigh LLC concerning the foreclosure action as he shall deem reasonable.
7. Grant to WESTON ZELENZ authority to appear in Court as authorized agent and to act for 1505 Lehigh LLC
8. Grant to WESTON ZELENZ authority to act for 1505 Lehigh LLC to retain attorneys and advisors to evaluate and/or file bankruptcy proceedings and seek reorganization of 1505 Lehigh LLC and to make, execute and authorize filing on behalf of 1505 Lehigh LLC.

IN WITNESS WHEREOF, and intending that I and 1505 Lehigh LLC be legally bound, I, _____Eddie Kau_____, have signed this Designation and Authority for Agent as and for the act and deed of 1505 Lehigh LLC on this ___ day of July, 2023.
7/5/2023

DocuSigned by:
/s/ Edd. 6
9617621E950D4BE...
Name: Eddie Kau

1505 Lehigh LLC
DocuSigned by:
/s/ Edd. 6
9617621E950D4BE...
Name: Eddie Kau
Title: Owner of 1505 Lehigh st